**BROWN v. STATE.**

No. 25415.

Court of Criminal Appeals of Texas.
Oct. 24, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful transportation of whiskey in a dry area; the penalty is a fine of $300.00.

In the absence of a proper notice of appeal in the record, this court is without jurisdiction to consider the same.

The appeal is therefore dismissed.

**FOLEY v. STATE.**

No. 25417.

Court of Criminal Appeals of Texas.
Oct. 24, 1951.

No attorney on appeal for appellant.

. George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the penalty is a fine of $100.00.

In the absence of a proper notice of appeal in the record, this court is without jurisdiction to consider the same.

The appeal is therefore dismissed.